UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: SUNEDISON, INC. SECURITIES       ORDER
LITIGATION

     16-md-2742 (PKC)
     16-mc-2742 (PKC)
     16-cv-7917 (PKC)

-----------------------------------------------------------x

CASTEL, U.S.D.J.

     There are currently two pretrial conferences scheduled for this case, one on October 22, 2018 at 12 p.m. to address the parties' ongoing discovery disputes, and a previously scheduled status conference of October 26, 2018 at 11 a.m.

     The conference of October 26 is vacated. The October 22 conference will serve as both a status conference and the parties' opportunity to be heard as to their discovery disputes.

     SO ORDERED.

*(signature)*
P. Kevin Castel
United States District Judge

Dated: New York, New York
        October 11, 2018